# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA ASSET MANAGEMENT POOL** | **CIVIL ACTION** |
| | **NO: 20-1095** |
| **VERSUS** | |
| | **SECTION: T (3)** |
| **BANK OF AMERICA CORPORATION, D/B/A BANC OF AMERICA SECURITIES, ET AL.** | |

## ORDER

      The Court this date having granted the Motion for Transfer of Venue filed by BNP Paribas Securities Corp., Cantor Fitzgerald & Co., Capital One Bank, Credit Suisse Securities (USA) LLC, JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC, Jefferies Group LLC, Morgan Stanley & Co., LLC, Nomura Securities International, Inc., Raymond James & Associates, Inc., RBC Capital Markets, LLC (incorrectly named as RBC Capital Markets, Inc.), SG Americas Securities, LLC, Stifel, Nicolaus & Co., UBS Securities LLC, Wells Fargo & Co., and Wells Fargo Securities LLC (collectively, the "Defendants"),[1]

      **IT IS ORDERED** that the captioned matter is hereby TRANSFERRED to the United States District Court for the Middle District of Louisiana.

      **New Orleans, Louisiana**, on this   31st   day of December, 2020.

                                       **GREG GERARD GUIDRY**
                                       **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 18.